JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M., a minor, by and through his Guardians ad litem, SAM M. AND MARIETTE M; SAM M. on his own behalf; and MARIETTE M. on her own behalf,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CAPISTRANO UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | Case No. CV 06-3049 ABC (JCx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Action Filed:　　September 6, 2007<br><br>Judge:　Hon. Audrey B. Collins |

　　　This matter came before this Court, the Honorable Audrey B. Collins, United Stated District Judge, presiding.  After considering the trial briefs of the parties, the administrative record, and case file, and good cause appearing therefore, this Court finds as follows:

　　　**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant Capistrano Unified School District ("CUSD"), as follows:

　　　1. Following exercise of its independent judgment after fully reviewing the administrative record in this matter, the Court's March 3, 2010 Order finds, which findings are incorporated herein in their entirety, that the Administrative Law

1  Judge's ("ALJ") decision dated March 28, 2006, Office of Administrative Hearings
2  Case No. 2005070135, is both entitled to substantial deference and supported by a
3  preponderance of the evidence.  Consequently, this Court accepts the March 3, 2010
4  Order in its entirety;

5      2. Inasmuch as the Court consequently rejects the allegations set forth in the
6  instant lawsuit, which alleges error on the part of the ALJ, judgment shall be and
7  hereby is entered against Plaintiffs and in favor of CUSD on Plaintiffs' Complaint;

8      3. Plaintiffs take nothing by reason of their Complaint; and

9      4. Defendant District shall recover its costs.

10      IT IS SO ORDERED.

11  DATED:    3/15/10              BY: _____
12                                       AUDREY B. COLLINS
                                      United States District Court Judge